174 A.3d 518

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. NICHOLAS H. NIGRO, III, DEFENDANT-
PETITIONER.

C–149 September Term 2017
079280

October 16, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–005246–10 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

174 A.3d 518

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. CHRISTOPHER M. JACKSON, DEFENDANT-
PETITIONER.

C–198 September Term 2017
079735

October 16, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–003605–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.